IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ABDINASAIR ADOW, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:13-0207 Chief Judge Haynes |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon review of the file, on April 4, 2013, the Court dismissed this action with prejudice. (Docket Entry No. 9). Before the Court is Plaintiff's motion for reconsideration (Docket Entry No. 21) of the Order (Docket Entry No. 18) denying Plaintiff's application to proceed *in forma pauperis*.

In the Order (Docket Entry No. 9) dismissing the instant action, the Court determined that an appeal would not be brought in good faith. For that reason, Plaintiff's motion for reconsideration (Docket Entry No. 21) is hereby **DENIED**. 28 U.S.C. § 1915(a)(3).

The Clerk shall forward a copy of this order to the Clerk of the Sixth Circuit Court of Appeals.

It is so **ORDERED**.

**ENTERED** this the 29th day of May, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court